UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 10-CR-00136

BRIONE JACKSON,

　　　　Defendant.

**AGREED ORDER TO REVOKE**
**SUPERVISED RELEASE**

Upon petition of the U.S. Probation Officer, Brian Koehler, joined herein by the United States, Assistant United States Attorney William Roach, and the defendant, by Attorney Tom Phillip, to revoke the supervised release of defendant, BRIONE JACKSON, and for good cause shown therein, the parties agree to the following:

AGREEMENT OF UNITED STATES AND DEFENDANT

The defendant agrees and stipulates he has violated the conditions of his supervised release; specifically, the defendant agrees he has violated the conditions of his supervised release in the following ways:

- Standard Condition # 2: He did not submit written monthly reports for March, April, May, and June 2015; Grade C

- Standard Condition # 6: He failed to notify his officer of a change in address within 10 days; Grade C

- Special Condition #2: He did not make a fine payment from April to July 2015; Grade C

- Special Conditions #1 and 4: He did not participate in drug aftercare or mental health treatment; Grade C

The parties stipulate, pursuant to Chapter 7 Policy Statements, U.S. Sentencing Guidelines, the defendant's violation conduct is a maximum Grade C and the defendant has a Criminal History Category of III. The parties stipulate, based on U.S. Sentencing Guidelines, Section 7B1.4, that given a Grade C violation and a Criminal History Category of III, the range of incarceration is from **5** to **11** months.

The parties further agree, pursuant to Rules 11( c) (1)( C) and 32.1, Federal Rules of Criminal Procedure, the Court should order revocation of the defendant's supervised release and sentence the defendant to incarceration for a period of **Time Served** with no additional term of supervised release to follow. If the Court rejects this sentencing agreement, the defendant has the right to withdraw from this Agreed Order and have an evidentiary hearing on the revocation of his supervised release.

## DEFENDANT'S ACKNOWLEDGMENT AND WAIVER

The defendant acknowledges that he violated the terms of his supervised release as set forth above.

The defendant acknowledges he has had an opportunity review both the notice of the alleged violations of supervised release and the evidence against him.

The defendant further acknowledges he is aware of the following rights and is knowingly waiving these rights in exchange for the recommended sentence:

(1) the opportunity to appear personally, present evidence, and question adverse witnesses at a revocation hearing; and

(2) the opportunity to make a statement personally to the Court in mitigation of sentence and to present mitigating evidence to the Court.

The defendant acknowledges the Court may impose additional conditions of supervised

release in addition to those which were imposed in the original sentencing order.

## AGREED SENTENCE

Upon agreement of the parties as set forth above, it is hereby ORDERED the previously imposed period of supervised release is REVOKED.

It is further ORDERED the defendant, BRIONE JACKSON, be SENTENCED to a period of incarceration of TIME SERVED on Count One of the Indictment.

It is further ORDERED the defendant, BRIONE JACKSON, be ORDERED to serve NO additional term of supervised release after being released from the sentence of incarceration as ordered.

It is further ORDERED the fine balance of $475.00 as required to be paid in the original Judgment of Conviction is reimposed and is to be paid in full immediately, according to an installment payment plan designated by the U.S. Probation Service.

A Judgment and Commitment Order consistent with this Agreed Order shall issue forthwith.

So ORDERED, this the 24th day of April, 2020.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
U.S. District Judge

Approved:

_____ 4-21-2020
BRIONE JACKSON                Date
Defendant

_____ 4/21/2020
TOM PHILLIP                   Date
Attorney for the Defendant

s/ Brian D. Koehler    4/23/20
BRIAN KOEHLER         Date
U.S. Probation Officer

s/ Mitchell L. Farra   4/23/20
MITCHELL FARRA        Date
Supervising U.S. Probation Officer

_____ 4/20/20
WILLIAM ROACH                 Date
Assistant U.S. Attorney